Norman J. SAWYER, as Trustee for the next of kin of Paul N. Sawyer, deceased, and Sandra J. Sawyer, Respondents,

v.

MIDLAND INSURANCE COMPANY, et al., Petitioners, Appellants,

Western National Mutual Insurance Company, Defendant.

No. C1-85-1757.

Supreme Court of Minnesota.

Jan. 2, 1987.

## ORDER

It now appearing that the petition for further review of the decision of the Court of Appeals in this matter was improvidently granted by this court,

IT IS HEREBY ORDERED that the May 16, 1986, order of this court granting review of the March 11, 1986, opinion of the Court of Appeals be, and the same is, vacated.